IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| HYDRAQUIP CORPORATION<br>Plaintiff | §<br>§<br>§ | CIVIL ACTION NO:<br>4-06-CV-0000670 GH |
| vs. | §<br>§<br>§<br>§ | |
| HYDRA-QUIP OF ARKANSAS, INC.<br>Defendant | §<br>§ | |

## CONSENT FINAL JUDGMENT OF PERMANENT INJUNCTION

The Court, having considered the Joint Motion for Entry of Consent Final Judgment of Permanent Injunction, grants such Joint Motion.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that:

(1) Hydraquip of Arkansas as well as any parent company(s), affiliates, and subsidiaries and its respective officers, agents, servants, and employees, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are permanently RESTRAINED and ENJOINED from the use in connection with the sale, offering for sale, distribution or advertising (hereinafter, collectively the "Sale") of any goods or services, including hydraulic and pneumatic equipment (hereinafter, collectively the "Goods") of a trademark or service mark containing "HYDRA-QUIP," "HYDRA QUIP," "HYDRAQUIP," or other mark confusingly similar thereto or likely to cause confusion therewith and from branding any Goods with a trademark or service mark containing "HYDRA-QUIP," "HYDRA QUIP,"

1

"HYDRAQUIP," or other mark confusingly similar thereto or likely to cause confusion therewith;

(2)     The causes of action of the Plaintiff in the Original Complaint and the Defendant in the Answer are dismissed with prejudice.

(3)     Each party is to bear its own costs and attorneys fees in this matter.

(4)     This action is dismissed.

SIGNED AND ENTERED this __31__ day of __October__ 2006.

George Howard, Jr.
UNITED STATES DISTRICT JUDGE

2

CONSENT FINAL JUDGMENT OF PERMANENT INJUNCTION

**AGREED AND ENTRY REQUESTED.**

**HYDRAQUIP CORPORATION**

_/s/ Kevin A. Crass_

Kevin A. Crass
State Bar No. 84029
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
Phone: 501-376-2011
E-Mail: Crass@fec.net

OF COUNSEL
Peter E. Mims
Texas State Bar No. 14173275
David K. Wooten
Texas State Bar No. 24033477
Vinson & Elkins, L.L.P.
1001 Fannin Street, 2300 First City Tower
Houston, Texas 77002-6760
Phone: 713-758-2732
Facsimile: 713-615-5703

ATTORNEYS FOR PLAINTIFF

**HYDRA-QUIP OF ARKANSAS**

_/s/ Traci LaCerra_

Traci LaCerra
State Bar No. 97019
Hilburn, Calhoon, Harper, Pruniski, & Calhoun, LTD
Post Office Box 5551
North Little Rock, Arkansas 72119
Phone: 501-372-0110
E-Mail: tlacerra@hilburnlawfirm.com

ATTORNEY FOR DEFENDANT

3024857v.1